██ JP MORGAN CHASE BANK, N.A., Respondent, v CHRISTINE PHILLIPS-OSUJI et al., Defendants. SAMUEL OSUJI, Nonparty Appellant. [991 NYS2d 775]—In an action to foreclose a mortgage, nonparty Samuel Osuji appeals from an order of the Supreme Court, Nassau County (Adams, J.), entered June 21, 2013, which, inter alia, granted that branch of the plaintiff's motion which was to strike the answer interposed by him, and enjoined him "from filing any further motions in the underlying action without prior written approval" of the court.

Ordered that the order is affirmed, without costs or disbursements.

On this record, we conclude that the Supreme Court's striking of the nonparty-appellant's answer was proper (*see Matter of Friends World Coll. v Nicklin*, 249 AD2d 393 [1998]).

Under the circumstances of this case, the Supreme Court providently exercised its discretion in enjoining the nonparty-appellant from filing any further motions in the underlying action without prior written approval of the court (*see Ram v Torto*, 111 AD3d 814, 815-816 [2013]; *Berson v Berson*, 265 AD2d 439 [1999]).

The nonparty-appellant's remaining contentions are without merit. Dillon, J.P., Hall, Miller and Hinds-Radix, JJ., concur.